Charles Abbott (SBN 13811)
**Law Offices of Charles Abbott, PC**
2150 Park Place, Suite 100
El Segundo, CA 90245
(310) 773-3756
(310) 773-3101 (fax)
cabbott@cabbottlaw.com

Ronald H. Reynolds (SBN 827)
Harrison J. Reynolds (SBN 13748)
**Reynolds & Associates**
823 Las Vegas Blvd. S., Suite #280
Las Vegas, NV 89101
(702) 445-7000
(702) 385-7743

Attorneys for Defendant, Wal-Mart Stores, Inc.

# UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA

| | |
|---|---|
| TAMMY CRUZ,<br><br>  Plaintiff,<br><br>  v.<br><br>WAL-MART STORES, INC., a Foreign Corporation; YET UNKNOWN EMPLOYEE, an Individual; DOES I through X, inclusive,<br><br>  Defendants. | Case Number: 2:17-cv-00545-JAD-NJK<br><br>**JOINT STIPULATION TO DISMISS ACTION UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)** AND ORDER<br><br>ECF No. 22 |

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties who have appeared in this action stipulate to a voluntary dismissal of this action with prejudice. All parties agreed to bear their own attorneys' fees and costs.

Dated: November 14, 2017

**THE GALLIHER LAW FIRM**

By: /s/ Keith Galliher
Keith Galliher (SBN 220)
1850 East Sahara Avenue, Suite 107
Las Vegas, NV 89104

Attorney for Plaintiff, Tammy Cruz

Dated: November 14, 2017

**LAW OFFICES OF CHARLES ABBOTT, PC**

By: /s/ Charles Abbott
Charles Abbott (SBN 13811)
2150 Park Place, Suite 100
El Segundo, CA 90245

Attorney for Defendant, Wal-Mart Stores, Inc.

### ORDER

Based on the parties' stipulation [ECF No. 22] and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED in its entirety**, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
December 4, 2017